UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In Re:

      MALKY KATZ,                                Chapter 13
                                                Case No.: 23-40603

                               Debtor(s).
------------------------------------------------------------x

### **Statement in Accordance with 11 U.S.C. § 521(a)(1)(B)(iv)**

No Payment Advices are Attached hereto, have been filed with the Court, or can be filed with the Court because the Debtor(s) had no income from any employer during the sixty (60) days prior to filing the Bankruptcy Petition, as demonstrated by reviewing the previously filed Schedule I and Means Test, each of which have been sworn to under penalties of perjury by the Debtor(s) herein.

The Debtor's sole source of income received within said sixty (60) day period was from <u>rental and family contributions</u> and not an employer of the Debtor.


Dated:      February 22, 2023
                 Bayport, New York

                                                      Law Office of Vincent Cuocci, PC
                                                        *Attorneys for Debtor*

                                      By:    <u>*/s/ Vincent Cuocci*</u>
                                                        Vincent Cuocci, Esq.
                                                        *A Member of the Firm*
                                                         870 Montauk Highway, Suite 4
                                                         Bayport, NY 11705
                                                         (631) 758-7878 tel.
                                                         (631) 758-7877 fax

I have read the foregoing and hereby declare same to be true under penalty of perjury.

<u>*/s/ Malky Katz*</u>
Malky Katz